UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CRIMINAL ACTION NO. 5:24-CR-019-KKC-01

UNITED STATES OF AMERICA  PLAINTIFF

VS.

LENNY DEAN NEEDY  DEFENDANT

SENTENCING MEMORANDUM
OF LENNY D. NEEDY
AND REQUEST FOR DOWNWARD VARIANCE
\*\* \*\* \*\* \*\* \*\* \*\* \*\*

   Comes the Defendant, Lenny D. Needy, pursuant to Fed. R.Crim. P. 32(1)(30 and 18 U.S.C. Section 3553(a), and submits additional information for consideration during the sentencing that is not greater than necessary to comply with the goals under section 3553(a)(2).

   Standing before this Court is a man that has taken full responsibility for his action and has plead guilty to the charges set out in the plea agreement.  Mr. Needy has expressed and displayed sincere remorse  for his actions in the matter before this Court  hereby submits the following.

   Prior to the charges for which Mr. Needy stands before this Honorable Court he had only committed minor traffic infractions.  Thus, Mr. Needy is requesting this Court to grant him a downward variance pursuant to 18 U.S.C. section 3582 (c )(2),  USSG Chapter 5.  Mr. Needy qualifies Under the 821 Amendment given his criminal history category.   Mr. Needy has not criminal history points.   Further, all during this  matter Mr. Needy has been up front and forthright about his

acitons and his desire to correct the wrong.  Notwithstanding the theft, Mr. Needy did not attempt to spend the monies stolen and it remains in the account in the bank that suffered the loss. Additionally, Mr. Needy is elderly and has suffered several life changing issues in recent years.  First, Mr. Needy went through a divorce after a long marriage.  Despite this his former Wife still supports him and has provided a letter to this court.  Second, Mr. Needy, a former travel agent, lost his job due to the pandemic and the suvier effect it had on the travel industry.  Finally, Mr. Needy is still suffering from the treatment he underwent in the efforts to cure his throat cancer.

   Mr. Needy has the support of his mother and sister, see attached letters, and upon release he plans to relocate to Mississippi and reside with then.  This will provide him the stability he needs and will surly ensure that he will not be involved in this or any other type of criminal activity in the future.

   Mr. Needy agrees with and request this court to use the calculations provided by the probation office and grant the two-level decrease provided by USSG 4C1.1(a) and (b).

    The United States has filed an objection to this adjustment and sites several cases in support.  I submit to this court that this case is unique and the cases cited by the United States should have no effect on this courts decision.  The guidelines submitted by the probation office are correct and must be applied by this court in the interest of justice.   The United States claim that Mr. Needy made a treat during this incident.  This is not supported by the evidence. The United States points to the claim that the bank teller said that Mr. Needy as becoming aggressive after the teller hit the alarm.  Thus, the claim is that Mr. Needy used threats.  Further, it is claimed that, even though no weapon was displayed or claimed by Mr. Needy, a teller was worried that he seemed desperate.  Nothing in these statement draws the conclusion that Mr. Needy made or used threats.  He simply passed a note to the teller. He made no threats, the only verbal statement made was for them to hurry.   Not hurry or i will do something to you. Thus, the United States reliance upon **United States v. Keleta** 552 F.3d 861 (D.C.

Cir2009) and **United States v. Trevino**, 7 F.4th 414 (6th Cir. 2021) is misplaced.

To apply the wrong guidelines as well as not allowing the benefits of having not committed prior criminal offenses could be seen as a clear error.    To apply an upward increase would be in error and would cause citizens to have a diminished view of the justice process**.  Rosales-Mireles v. United States**, 138 S. Ct. 1897 (2018)  Defendant understands that the plea agreement refers to no additional level decrease.   Notwithstanding this, Mr. Needy is requesting this court to grant him a downward variance.

Mr. Neddy has ongoing medical issues that will make him an additional burden, financially and otherwise upon the Federal Correctional System.     Mr. Needy has support from friends and associates  (exhibit )  that have been in his life.  They have been made completely aware of his criminal actions and are poised to continue to give more support to ensure that he (Mr. Needy) will not repeat this act nor resort to any other unlawful acts in order to survive financially or support others.

           Respectfully submitted
           Gerry L. Harris Law Office
     201 W. Short St., Ste. 215
           Lexington, Kentucky  40507
             (859) 233-4110
            glhlawoffice@aol.com

            /s/ Gerry L. Harris

Notice will be electronically mailed to:

James T. Chapman             James.T.Chapman@usdoj.gov